JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTINE ROSE ANNYAS, | ) | NO. C08-00638-JCC-MAT |
| Petitioner, | ) ) | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED HABEAS PETITION |
| vs. | ) ) | |
| DOUGLAS COLE, | ) ) | |
| Respondent. | ) ) | |

The Court, having reviewed the Motion for Extension to File Amended Habeas Petition, the Declaration of Laura E. Mate in support thereof, and the records and files herein,

HEREBY ORDERS that the extension of time is granted. The Amended Habeas Petition shall be due September 15, 2008.

DATED this 23rd day of July, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME
TO FILE AMENDED HABEAS PETITION- 1
(*Christine Rose Annyas*; C08-00638-JCC-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by:

s/ Laura E. Mate
WSBA No. 28637
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Laura_Mate@fd.org

[PROPOSED] ORDER GRANTING EXTENSION OF TIME
TO FILE AMENDED HABEAS PETITION- 2
(*Christine Rose Annyas*; C08-00638-JCC-MAT)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**