UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTINE ROSE ANNYAS, | ) | CASE NO. C08-0638-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR AN |
| DOUGLAS COLE, | ) | EXTENSION OF TIME |
| | ) | |
| Respondent. | ) | |
| | ) | |

Respondent moves for an extension of time to file an answer to the habeas petition he received on December 1, 2009. (Dkt. 45.) Respondent states that there are a number of state court files that he has ordered and not yet received, including a number of records that he determined were necessary only while preparing the answer. (Dkt. 45, at 2.) Petitioner has not filed an opposition to respondent's motion for an extension of time. The Court GRANTS respondent's motion for an extension of time to file an answer to petitioner's 28 U.S.C. § 2254 petition. (Dkt. 45.) Respondent may file his answer no later than March 15, 2010, and the answer is to be noted for consideration in the manner described in the Court's Order dates November 30, 2009 (Dkt. 41).

ORDER GRANTING RESPONDENT'S
MOTION FOR AN EXTENSION OF TIME
PAGE -1

01    DATED this 29th day of January, 2010.

                                          _____
                                          Mary Alice Theiler
                                          United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR AN EXTENSION OF TIME
PAGE -2