JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE ROSE ANNYAS,<br><br>   Petitioner,<br><br>vs.<br><br>DOUGLAS COLE,<br><br>   Respondent. | NO. C08-0638-JCC-MAT<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE TIME TO FILE REPLY BRIEF |

THE COURT, having reviewed the Unopposed Motion to Extend the Time to File Reply Brief, the Declaration of Laura E. Mate in support thereof, and the records and files herein,

HEREBY ORDERS that the extension of time is granted.  The Reply Brief shall be due May 24, 2010.  Respondent's optional brief is due May 27, 2010.  The Clerk is directed to renote the petition for consideration on May 28, 2010.

DATED this <u>2nd</u> day of April, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Submitted by:

s/ *Laura E. Mate*
WSBA No. 28637
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE TIME TO FILE REPLY BRIEF - 1
(*Christine Annyas*; C08-00638-JCC-MAT)