DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| CHRISTINE ROSE ANNYAS,<br><br>               Petitioner,<br><br>   v.<br><br>DOUGLAS COLE,<br><br>               Respondent. | NO. C08-638-JCC-MAT<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY<br><br>(~~PROPOSED~~) |

The Court, having considered the Respondent's motion for an extension of time and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to June 4, 2010, to file a reply to the petition for a writ of habeas corpus is GRANTED. The habeas petition is RENOTED for consideration on June 4, 2010, and

2. The Clerk shall send uncertified copies of this Order to counsel for Petitioner and to counsel for the Respondent.

DATED this 1st day of June, 2010.

                                                                             /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

1  Presented by:

2  ROBERT M. MCKENNA
   Attorney General
3

   s/ Alex A. Kostin
4  ALEX A. KOSTIN, WSBA #29115
   Assistant Attorney General
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING RESPONDENT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY
NO. C08-638-JCC-MAT

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**